**Electronically Filed
Supreme Court
SCWC-20-0000777
29-MAY-2025
08:42 AM
Dkt. 23 ODAC**

SCWC-20-0000777

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KANEKAPOLEI SYDNEY FERNANDEZ FASI,
Respondent/Plaintiff-Appellee,

vs.

DAVID FRANCIS FASI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000777; CASE NO. 1DV171006358)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Hamman in place of Devens, J., recused)

Petitioner David Francis Fasi's Application for Writ of

Certiorari, filed on April 2, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, May 29, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kirstin M. Hamman

